UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VINCEL K. CHAMBERS,

    Plaintiff,

  v.

RANDY YOUNG, MAYNARD HILL, DON MCNAUGHTON, DAVID JOSEPH and T. MIKE DIXON,

    Defendants.

Case No. 17-cv-38-JPG-SCW

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 52) of Magistrate Judge Stephen C. Williams recommending that the Court grant the defendants' motion to dismiss for lack of prosecution (Doc. 49) and dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 52);
- **GRANTS** the defendants' motion to dismiss (Doc. 49);
- **DISMISSES** this case **with prejudice**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   June 19, 2018**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**