UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VINCEL K. CHAMBERS,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY YOUNG, MAYNARD HILL, DON MCNAUGHTON, DAVID JOSEPH and T. MIKE DIXON,<br><br>    Defendants. | Case No. 17-cv-38-JPG-SCW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** June 19, 2018          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                **s/ Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT
                DISTRICT JUDGE**